IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>KUBOTA NORTH AMERICA CORPORATION, a corporation, also d/b/a KUBOTA ENGINE CORPORATION, KUBOTA TRACTOR CORPORATION, KUBOTA MANUFACTURING OF AMERICA CORPORATION, KUBOTA INDUSTRIAL EQUIPMENT CORPORATION, and GREAT PLAINS MANUFACTURING INCORPORATED/LANDPRIDE,<br><br>　Defendant. | Case No. 3:24-cv-159 |

**COMPLAINT FOR PERMANENT INJUNCTION,
CIVIL PENALTY JUDGMENT, AND OTHER RELIEF**

　　Plaintiff, the United States of America, states that other than the parties to this case, it is not currently unaware of any person, organization, or other legal entity with any potential interest in the outcome of this case.

Dated: January 22, 2024                     Respectfully submitted,

| **FOR THE FEDERAL TRADE COMMISSION:** | **FOR THE UNITED STATES OF AMERICA:** |
|---|---|
| JULIA SOLOMON ENSOR<br>Attorney<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel.: 202-326-2377<br>Fax: 202-326-3197<br>jensor@ftc.gov | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General,<br>Civil Division<br><br>ARUN G. RAO<br>Deputy Assistant Attorney General<br><br>AMANDA N. LISKAMM<br>Director, Consumer Protection Branch<br><br>LISA HSIAO<br>Assistant Director<br>Consumer Protection Branch<br><br>LEIGHA SIMONTON<br>United States Attorney<br><br>Brian W. Stoltz<br>Assistant United States Attorney<br><br>         /s/ Sean Saper          <br>SEAN SAPER<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>Telephone: 202-742-7116<br>Email: sean.z.saper@usdoj.gov |